UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

SHIRLEY RAEL, Individually and On Behalf
of All Others Similarly Situated,

    Plaintiff,

v.                                      Case No. 1:22-cv-00446-GJF-KK

ALDRIDGE, HAMMAR & WEXLER, P.A.,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO
ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S
CLASS ACTION COMPLAINT FOR DAMAGES AND
RESETTING RULE 16 SCHEDULING CONFERENCE AND
ASSOCIATED DEADLINES**

THIS MATTER having come before the Court on Defendant Aldridge, Hammar & Wexler, P.A.'s Unopposed Motion to Extend Deadline to Answer and/or Otherwise Respond to Plaintiff's Class Action Complaint for Damages (Doc. 12) (the "Motion"), the Court FINDS:

The Motion is well-taken and the deadline to answer or otherwise respond to the Complaint should be extended to October 28, 2022. In addition, the Court finds good cause to vacate the Rule 16 Scheduling Conference set for October 26, 2022, and reset it for November 17, 2022, at 10:30 a.m. MST, and to extend the deadline for the joint status report and provisional discovery plan. *See* (Doc. 10).

IT IS THEREFORE ORDERED that Defendant Aldridge, Hammar & Wexler, P.A.'s Unopposed Motion to Extend Deadline to Answer and/or Otherwise Respond to Plaintiff's Class

Action Complaint for Damages (Doc. 12) is granted and the deadline for answering and/or otherwise responding to is EXTENDED to **October 28, 2022**.

IT IS FURTHER ORDERED that the Rule 16 Scheduling Conference set for October 26, 2022, is hereby VACATED and RESET for **November 17, 2022, at 10:30 a.m. MST**. Counsel are to call Judge Khalsa's AT&T Conference Line at (877) 848-7030 and enter the Code 7324132 to connect to the proceedings. The deadline for the parties' Joint Status Report and Provisional Discovery Plan is extended to **November 7, 2022**. A notice of consent or non-consent for this case to proceed before the trial Magistrate Judge should be submitted by each party no later than **November 1, 2022**.

IT IS SO ORDERED.

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE