UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SHIRLEY RAEL, Individually and On Behalf
of All Others Similarly Situated,

    Plaintiff,

v.                                                   Case No. 22-cv-446 GJF-KK

ALDRIDGE, HAMMAR & WEXLER, P.A.,

    Defendant.

**SECOND ORDER GRANTING MOTION TO EXTEND DEADLINE TO ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT FOR DAMAGES AND REQUEST TO VACATE INITIAL SCHEDULING ORDER (DOC. 10, 13)**

THIS MATTER having come before the Court on Defendant Aldridge, Hammar & Wexler, P.A.'s Second Motion to Extend Deadline to Answer and/or Otherwise Respond to Plaintiff's Class Action Complaint for Damages and Request to Vacate Initial Scheduling Order (Doc.16), the Court FINDS the motion is well-taken and the deadline should be extended to November 28, 2022. The Court further FINDS good cause to delay entry of a scheduling order to allow the parties to negotiate and that the Initial Scheduling Order (Docs. 10, 13) should be vacated.

IT IS THEREFORE ORDERED that Defendant Aldridge, Hammar & Wexler, P.A.'s Second Motion to Extend Deadline to Answer and/or Otherwise Respond to Plaintiff's Class Action Complaint for Damages and Request to Vacate Initial Scheduling Order (Doc. 16) is GRANTED and the deadline for answering and/or otherwise responding to Plaintiff's Complaint is extended until **November 28, 2022**.

IT IS FURTHER ORDERED that the Initial Scheduling Order and deadlines therein (Docs. 10, 13), and the Rule 16 Scheduling Conference set on November 17, 2022, are hereby VACATED. The Court will reset the deadlines in the Initial Scheduling Order and set a Rule 16 Scheduling Conference after an answer or other response has been filed.

IT IS SO ORDERED.

BY THE COURT:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE