UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SHIRLEY RAEL, Individually and On Behalf
of All Others Similarly Situated,

        Plaintiff,

v.                                    Case No. 1:22-cv-00446-GJF-KK

ALDRIDGE, HAMMAR & WEXLER, P.A.,

        Defendant.

**ORDER GRANTING UNOPPOSED REQUEST TO CONDUCT LIMITED
CONFIRMATORY DISCOVERY AND TO FILE MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT WITHIN 60 DAYS**

THIS MATTER having come before the Court on the Parties' Joint Notice of Settlement on Class-Wide Basis and Unopposed Request to Conduct Limited Confirmatory Discovery Prior to Filing Motion for Preliminary Approval of Class Action Settlement [Doc. 18], the Court FINDS:

The request is well-taken, and IT IS THEREFORE ORDERED that the Parties' Request to Conduct Limited Confirmatory Discovery (Doc. 18) is granted and the deadline for Plaintiff to file the Motion for Preliminary Approval of Class Action Settlement is 60 days from the date of entry of this order.

                                      BY THE COURT:

                                   _____

                                    KIRTAN KHALSA
                                    UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ G. Thomas Martin, III*
G. Thomas Martin, III, Esq.
Martin & Bontrager, APC
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
Phone: (323) 940-1700 ext. 101
Direct: (323) 940-1697
Tom@mblawapc.com
*Attorneys for Plaintiff*

Approved by:

*Approved via email on November 10, 2022*
Blake J. Dugger
Law Office of Blake J. Dugger, P.C.
1105 W Avenue D
Lovington, NM 88260-3813
Phone: (505) 705-1247
blake.lobjd@gmail.com
*Attorney for Plaintiff*

*Approved via email on November 10, 2022*

Gerald G. Dixon
Dixon•Scholl•Carrillo•P.A.
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone: (505) 244-3890
Fax: (505) 244-3889
jdixon@dsc-law.com
*Attorney for Defendant Adridge, Hammar & Wexler, P.A.*