IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHIRLEY RAEL, Individually and On Behalf
of All Others Similarly Situated,

        Plaintiff,

v.                                     Case No. 1:22-cv-00446-GJF-KK

ALDRIDGE, HAMMAR & WEXLER, P.A.,

        Defendant.

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement, the Court FINDS:

The motion is well-taken and the deadline should be extended to January 27, 2023.

IT IS THEREFORE ORDERED that the Parties' Stipulated Motion to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement is granted and the deadline to file the Motion for Preliminary Approval of Class Action settlement is extended until January 27, 2023.

                                            BY THE COURT:

                                            _____
                                            KIRTAN KHALSA
                                            UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Gerald G. Dixon*
Gerald G. Dixon
Dixon•Scholl•Carrillo•P.A.
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone: (505) 244-3890
Fax: (505) 244-3889
jdixon@dsc-law.com
*Attorney for Defendant Aldridge, Hammar & Wexler, P.A.*


*Approved via email by G. Thomas Martin on 01/12/23*
Blake J. Dugger
Law Office of Blake J. Dugger, P.C.
1105 W Avenue D
Lovington, NM 88260-3813
Phone: (505) 705-1247
blake.lobjd@gmail.com
*Attorney for Plaintiff*


*Approved via email on 01/12/23*
G. Thomas Martin, III, Esq.
Martin & Bontrager, APC
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
Phone:  (323) 940-1700 ext. 101
Direct: (323) 940-1697
Tom@mblawapc.com
*Attorneys for Plaintiff*