UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SHIRLEY RAEL, Individually and On Behalf
of All Others Similarly Situated,

        Plaintiff,

v.                                      Case No. 1:22-cv-00446-GJF-KK

ALDRIDGE, HAMMAR & WEXLER, P.A.,

        Defendant.

**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

THIS MATTER having come before the Court on the Parties' Second Stipulated Motion to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement, the Court FINDS:

The Motion is well-taken and the deadline to file the Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") shall be extended to February 3, 2023.

IT IS THEREFORE ORDERED that the Parties' Second Stipulated Motion to Extend Deadline to File Motion for Preliminary Approval of Class Action Settlement is granted. The deadline to file the Motion for Preliminary Approval is extended until February 3, 2023.

BY THE COURT:

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Gerald G. Dixon*
Gerald G. Dixon
Dixon•Scholl•Carrillo•P.A.
P.O. Box 94147
Albuquerque, N.M. 87199-4147
Phone: (505) 244-3890
Fax: (505) 244-3889
jdixon@dsc-law.com
*Attorney for Defendant Adridge, Hammar & Wexler, P.A.*

*Approved via email on 01-27-23*
Steve Wienczkowski
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, Suite 600
Denver, CO 80209
swienczkowski@fostergraham.com


*Approved via email on 01-26-23 by G. Thomas Martin, III, Esq.*
Blake J. Dugger
Law Office of Blake J. Dugger, P.C.
1105 W Avenue D
Lovington, NM 88260-3813
Phone: (505) 705-1247
blake.lobjd@gmail.com
*Attorney for Plaintiff*


*Approved via email on 01-26-23*
G. Thomas Martin, III, Esq.
Martin & Bontrager, APC
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
Phone:  (323) 940-1700 ext. 101
Direct: (323) 940-1697
Tom@mblawapc.com
*Attorneys for Plaintiff*