UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SHIRLEY RAEL, individually
and on behalf of all others similarly
situated,

      Plaintiff,

    v.                    Case No. 1:22-cv-00446-GJF-KK

ALDRIDGE, HAMMAR & WEXLER, P.A.

      Defendant.

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Be advised that on May 23, 2023 at 10:00 a.m., in Suite 550 of the United States District Court located at 100 N. Church Street in Las Cruces, New Mexico 88001, Plaintiff, SHIRLEY RAEL ("Plaintiff"), by and through her attorneys, ("Counsel" or "Class Counsel"), individually and on behalf of the proposed Settlement Class, hereby submits this unopposed motion seeking an order granting Final Approval of the proposed Class Action Settlement.

This motion is based on this notice, Plaintiff's memorandum in support of the motion, the accompanying declarations of Plaintiff and Class Counsel in support therein, the complete file and record in this action and such oral argument as the Court may consider in deciding this motion.

Dated: April 25, 2023                            RESPECTFULLY SUBMITTED,

                                                **MARTIN & BONTRAGER, APC**

                                                By: /s/ G. Thomas Martin, III
                                                      Admitted *Pro Hac Vice*
                                                      4605 Lankershim Blvd.
                                                      Ste. 535
                                                      Toluca Lake, CA 91602
                                                      Phone: (323) 940-1700
                                                      Fax: (323) 238-8095
                                                      Tom@mblawapc.com
                                                      Attorney for Plaintiff