# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

SHIRLEY RAEL, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.                                                                           Civ. No. 22-446 GJF/KK

ALDRIDGE, HAMMAR & WEXLER, P.A.,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order Approving Class Settlement and Dismissing Case [ECF 42] entered concurrently herewith, the Court enters this Final Order under Federal Rule of Civil Procedure 58, hereby resolving all issues previously existing between the parties.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*